IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BRADY BENNETT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:25-CV-1294-RP |
| | § | |
| ALLSTATE INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Mark Lane concerning Defendant Allstate Insurance Company's ("Defendant") Motion to Dismiss, (Dkt. 7) (R. & R., Dkt. 18). Defendant timely filed objections to the report and recommendation. (Objs., Dkts. 19).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Defendant timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Defendant's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Mark Lane, (Dkt. 18), is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant Allstate Insurance Company's Motion to Dismiss, (Dkt. 7), is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff Brady Bennett is granted leave to amend his Complaint to assert facts indicating that his cellular phone is used for residential purposes. Plaintiff shall file any amended complaint **on or before August 27, 2026**.

**SIGNED** on August 5, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE